**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**HELENA AGRI-ENTERPRISES, LLC
f/k/a HELENA CHEMICAL COMPANY**                                            **PLAINTIFF**


**v.**                                        **Case No. 3:20-cv-00221-LPR**


**HECTOR BOVE, a/k/a
HECTOR ESTEBAN BOVE ARMAND UGON;
RAVEN AGRICULTURE LLC; and
DELTA BAY AGRI, LLC**                                                       **DEFENDANTS**



## ORDER

Plaintiff Helena Agri-Enterprises, LLC, formerly known as Helena Chemical Company ("Helena"), has filed a complaint against Hector Bove, a/k/a Hector Esteban Bove Armand Ugon, Raven Agriculture, LLC, and Delta Bay Agri, LLC ("Defendants").  (Doc. 1).  The Complaint seeks a judgment against Defendants for breach of contract.  Helena has shown that, after diligent inquiry, the whereabouts of the Defendants remain unknown.  Accordingly, the Court GRANTS Helena's Motion for Service by Warning Order.  (Doc. 6).

Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1)(A), and Arkansas Rule of Civil Procedure 4(g)(3), the Court directs the Clerk to issue the Warning Order attached to this Order.  The Warning Order shall be posted at the Little Rock and Jonesboro federal courthouses for a continuous period of thirty days.  It shall also be posted in the News & Announcements section of the website for the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 9th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HELENA AGRI-ENTERPRISES, LLC**
**f/k/a HELENA CHEMICAL COMPANY**                                    **PLAINTIFF**


**v.**                              **Case No. 3:20-cv-00221-LPR**


**HECTOR BOVE, a/k/a**
**HECTOR ESTEBAN BOVE ARMAND UGON;**
**RAVEN AGRICULTURE LLC; and**
**DELTA BAY AGRI, LLC**                                          **DEFENDANTS**


**WARNING ORDER**

**TO THE DEFENDANTS:   HECTOR BOVE, a/k/a**
                      **HECTOR ESTEBAN BOVE ARMAND UGON;**
                      **RAVEN AGRICULTURE, LLC; and**
                      **DELTA BAY AGRI, LLC**


A complaint has been filed against you by the plaintiff Helena Agri-Enterprises, LLC f/k/a Helena Chemical Company ("Helena") in the captioned civil action, styled Helena AgriEnterprises, LLC f/k/a Helena Chemical Company v. Hector Bove, a/k/a Hector Esteban Bove Armand Ugon, et al., pending before the United States District Court for the Eastern District of Arkansas – Northern Division as Case No. 3:20-cv-00221. The complaint filed by Helena seeks a judgment against you for breach of contract. You are warned to appear and defend by filing an Answer or other responsive pleading with the Clerk of the Court within thirty (30) days from the date of the first publication of this Warning Order, or face entry of judgment by default or be otherwise barred from asserting your interest.

Your failure to file a written Answer or other responsive pleading within thirty (30) days from the date of first publication of this Warning Order may result in a default judgment being entered against you for the relief sought in the complaint filed in this action by Helena.

WITNESS my hand and seal of said Court this _____ day of April 2021.

James W. McCormack
CLERK OF THE COURT

_____
DATE

_____
Signature of Clerk or Deputy Clerk

4